IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL M. NGRIME, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv533 |
| | ) | |
| vs. | ) | ORDER AMENDING |
| | ) | ORDER SETTING |
| HUNTINGTON PARK CARE | ) | SCHEDULE FOR INITIAL |
| CENTER, INC., | ) | PROGRESSION OF CASE |
| | ) | |
| Defendant. | ) | |

This matter is before the court on filing no. 21, the Motion of Defendant for Enlargement of Time, in which the defendant, Huntington Park Care Center, Inc., requests an extension of the dispositive motions deadline and the planning conference set in the court's initial progression order (filing no. 14). The motion is granted.

IT IS THEREFORE ORDERED:

1.  That filing no. 21, the Motion of Defendant for Enlargement of Time is granted;

2.  That all motions to dismiss, for judgment on the pleadings or for summary judgment shall be filed on or before September 1, 2005; and

3.  That the Planning Conference scheduled before the undersigned Magistrate Judge on July 7, 2005 is hereby rescheduled to take place on **October 13, 2005 at 3:00 p.m.** in Courtroom No. 6, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. The plaintiff must appear in person. Prior to the conference, the plaintiff and counsel for the defendant shall have:

    a.  Disclosed the names, addresses, and affiliations with any party of all non-expert witnesses;

    b.  Disclosed at least the names and addresses of all expert witnesses expected to testify for that party at trial;

    c.  Completed a conference with opposing counsel concerning outstanding discovery disputes as required by NECivR 7.1(i);

    d.  Discussed with opposing counsel plans for completing the depositions of

expert witnesses and other remaining discovery and the filing of motions for summary judgment;

      e.    Exchanged genuine and serious proposals for settlement;

      f.    Discussed settlement with clients and the viability of mediation

DATED this 24th day of June, 2005.

                                    BY THE COURT:

                                    s/ F. A. GOSSETT
                                    United States Magistrate Judge