IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL M. NGRIME, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv533 |
| | ) | |
| v. | ) | |
| | ) | |
| HUNTINGTON PARK CARE CENTER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 31 be stricken from the record for the following reason:

- Incorrect PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 31 from the record. The party is directed to re-file the document.

DATED this 13th day of September, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge