IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL M. NGRIME, | ) | |
| Plaintiff, | ) | 8:04CV533 |
| v. | ) | |
| HUNTINGTON PARK CARE CENTER, | ) | ORDER |
| Defendant. | ) | |

   This matter is before the court on plaintiff's Motion to Compel True and Correct Answers to Three Interrogatories (Filing No. 42). In Plaintiff's motion he alleges that defendant failed to provide him with a complete copy of his personnel file and failed to provided complete answers to two other interrogatories. Defendant filed a brief and Index of Evidence opposing plaintiff's motion. The court has reviewed all of the submitted materials and finds as follows.

   Plaintiff claims that instead of producing his complete personnel file as requested in Interrogatory No. 1, defendant provided him with only portions of the file. In a letter sent to plaintiff from defendant dated February 7, 2006, defendant stated that it has provided plaintiff with his complete personnel file. Furthermore, defendant stated that it has already explained to plaintiff that it has provided him with his complete personnel file. The court cannot compel defendant to produce information it has already produced. In the absence of any evidence to support plaintiff's allegation that the defendant failed to produce his complete personnel file plaintiff's motion is denied on this basis.

   Next, Plaintiff contends that defendant has not provided true and correct responses to Interrogatories No. 7 & 9. The court has reviewed the Interrogatories, responses, and accompanying materials and concludes that defendant provided plaintiff with the requested information.

   THEREFORE IT IS ORDERED:

   Plaintiff's Motion to Compel (Filing No. 42) is denied.

   DATED this 28th day of February, 2006.

                              BY THE COURT:

                              S/ F. A. Gossett
                              United States Magistrate Judge