IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL M. NGRIME, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV533 |
| | ) | |
| v. | ) | |
| | ) | |
| HUNTINGTON PARK CARE CENTER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Motion to Extend Dates of Pretrial Disclosures. (Filing No. 50). In pro se cases, extensions of time are freely granted at the request of either party. Therefore, Filing No. 50 is granted as set forth below.

IT IS ORDERED:

1. That Filing No. 50 the Motion to Extend Dates of Pretrial Disclosures is granted;

2. **PreTrial Disclosures:** Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall provide to all other parties the following information regarding the evidence that it may present at trial other than solely for impeachment purposes as soon as practicable **but not later than the date specified:**

   A. **Nonexpert Witnesses - On or before April 21, 2006:** The name, address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises.

   B. **Deposition Testimony and Discovery - On or before: April 21, 2006:** 1) the portions of each deposition, designated by page and line, that it intends to offer and 2) each discovery response of another party it intends to offer. Such designations and any objections thereto shall also be included in the final pretrial conference order. *See* NECIVR 16.2.

   C. **Trial Exhibits - On or before April 21, 2006:** A list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits. The parties shall also designate on the list those exhibits it may offer only if the need arises.

3. Motions in Limine,

    A. ***Daubert* Motions**. Any motion in limine challenging the admissibility of testimony of an expert witness under Rule 702, Fed. Rules of Evidence shall be filed **on or before April 21, 2006,** in the absence of which any objection based upon said rule shall be deemed waived. *See Kumho Tire co., Ltd. v. Carmichael*, 526 U.S. 137 (1999); *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993).

    b. **Any other** motions *in limine* shall be filed no later than **April 21, 2006.**

4. **The Final Pretrial Conference** with the undersigned magistrate is set for **May 1, 2006, at 2:00 p.m.,** in chambers of Courtroom 6, 2nd Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties. Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2. By the time of the pretrial conference, full preparation for trial shall have been made so that trial may begin at any time during the session indicated below.

5. **A Jury Trial** is set to commence at **8:30 on May 8, 2006**, in Omaha, Nebraska, before the undersigned **Magistrate Judge F.A. Gossett**.

DATED this 15th day of March, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge