IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MICHAEL M. NGRIME,** | )<br>) |
| Plaintiff, | )   8:04CV533<br>) |
| v. | )<br>)   **ORDER** |
| **HUNTINGTON PARK CARE CENTER,** | )<br>) |
| Defendant. | )<br>) |

This matter is before the court on plaintiff's motion for permission to appeal In Forma Pauperis (IFP). (Filing No. 66). When considering a motion to proceed IFP, the district court must determine whether the moving party qualifies financially and whether the case is frivolous or malicious. See 28 U.S.C. § 1915 (proceedings in forma pauperis). After reviewing the documents submitted by the plaintiff, I conclude that he qualifies to proceed IFP on appeal.

IT IS ORDERED:

1. The Plaintiff's Motion for Permission to Appeal IFP (Filing No. 66) is granted.

DATED this 1st day of May, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge